1  ERIC GRANT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:02-CR-05274-NONE

12                 Plaintiff,          ORDER

13         v.

14 RICHARD WAYNE SUTTON,

15                 Defendant.

16

17     Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of

18 Criminal Procedure, it is HEREBY ORDERED that the Indictment against defendant RICHARD

19 WAYNE SUTTON is dismissed. Any pending arrest warrant is recalled.

20
   IT IS SO ORDERED.
21
      Dated:  **September 24, 2025**                _____
22                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

PROPOSED ORDER                              1